UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:25-CR-49-1 |
| | ) | |
| MICHAEL JERMAINE THOMPSON | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on or about December 11, 2025, Michael Jermaine Thompson (the "defendant") entered a plea of guilty to the offenses charged in Counts Two and Three of the above-captioned Indictment, charging violations of 18 U.S.C. § 1704 and 18 U.S.C. § 922(g)(1) (Doc. 44);

WHEREAS, on January 5, 2026, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that the Taurus, model: G2C, 9mm, semi-auto pistol, serial number AEE397037 and any and all associated ammunition (the "Subject Property") was property forfeitable to the United States (Doc. 48);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning January 24, 2026, through and including February 22, 2026 (Docs. 59 and 59-1 at 3); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and the Preliminary Order, all right, title, and interest in the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

SO ORDERED this 18th day of May 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2